# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

───────────────────

## No. 201700230

───────────────────

## UNITED STATES OF AMERICA
Appellee

v.

## NICHOLAS J. DILLARD
Lance Corporal (E-3), U.S. Marine Corps
Appellant

───────────────────

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Major B.W. Barnett, USMCR.
Convening Authority: Commanding General, III MEF, Okinawa, Japan.
Staff Judge Advocate's Recommendation: Major D.L. Brown, USMC;
Addendum: Lieutenant Colonel Christopher B. Shaw, USMC.
For Appellant: Lieutenant Colonel Lee C. Kindlon, USMCR.
For Appellee: LT Kimberly Rios, JAGC, USN.

───────────────────

Decided 16 November 2017

───────────────────

Before MARKS, WOODARD, and ELLINGTON, *Appellate Military Judges*

───────────────────

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court